IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHARLES SCHMITT    Defendant.

ORDER

Case No. 08-CR-47-BBC-5

The defendant in the above-entitled case has been:

    __X__    convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

    _____    convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office, Milwaukee, Wisconsin.

    _____    acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

    _____    Defendant deceased. Therefore, it is directed that the passport be returned to the State Department.

Date: 2-4-09

BY THE COURT:

_____
STEPHEN L. CROCKER
Magistrate Judge

cc:    USA, Defense Atty, USPO